UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. ... COURT
... LA

2009 JAN -7 P 2: 43

BY ... CLERK

DONALD W. ABSHIRE, ET AL

VERSUS

THE STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 08-369-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 10, 2008.  Objections and responses have been filed, which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand filed by the plaintiffs will be granted, in part. The motion will be granted to the extent that the plaintiffs sought remand of this case to state court.  The motion is denied as to the plaintiffs' request for an award of attorney's fees and costs under § 1447(c).

Baton Rouge, Louisiana, December  3 0         , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA