UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD W. ABSHIRE, ET AL

VERSUS

THE STATE OF LOUISIANA, ET AL

CIVIL ACTION

NO. 08-369-C

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion to remand filed by plaintiffs is granted and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, Baton Rouge, Louisiana.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, December 30, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC-cert